# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2020

161963

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT STANLEY WINBURN, a/k/a SCOTT
ALLEN LIBBY,
      Defendant-Appellant.

SC: 161963
COA: 354482
Washtenaw CC: 17-000654-FC

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2020



Clerk

t1013